UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON THIGPEN,

        Petitioner,

    v.

M. MARTEL,

        Respondent.

No.  2:19-cv-01001 KJM GGH P

ORDER

Petitioner, a state prisoner proceeding pro se, has filed an application to proceed in forma pauperis.  ECF No. 8.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).

IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis is granted.

Dated: July 11, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1